**E-FILED on 7/31/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMEN YAPUNDAHYAN, | ) | No. C 10-5181 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER PROVIDING PLAINTIFF |
| | ) | NOTICE AND WARNING; |
| v. | ) | SCHEDULING SUPPLEMENTAL |
| | ) | BRIEFING |
| DONALD TUSEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, proceeding pro se, filed an amended civil rights complaint pursuant to 42

U.S.C. § 1983.  Defendants have moved to dismiss this action for failure to exhaust.  Although

given the opportunity, Plaintiff has not filed an opposition.

Pursuant to Woods v. Carey, No. 09-15548, slip op. 7871, 7884-85 (9th Cir. July 6,

2012), plaintiff is given the following notice and warning for a second time:

**If defendants file an unenumerated motion to dismiss for failure to**

**exhaust, they are seeking to have your case dismissed.  If the motion is**

**granted it will end your case.**

**You have the right to present any evidence you may have which tends to**

**show that you did exhaust your administrative remedies.  Such evidence may be in**

**the form of declarations (statements signed under penalty of perjury) or**

**authenticated documents, that is, documents accompanied by a declaration showing**

1    **where they came from and why they are authentic, or other sworn papers, such as**

2    **answers to interrogatories or depositions.**

3      **If defendants file a motion to dismiss and it is granted, your case will**

4    **be dismissed and there will be no trial.**

5 See also Wyatt v. Terhune, 315 F.3d 1108, 1120 n.4 (9th Cir. 2003).

6      Although the deadline for plaintiff to file an opposition has already passed, in light of

7 Woods, plaintiff may file a supplemental opposition within 14 days of this order.  Defendants

8 shall file a supplemental reply to any supplemental opposition within 7 days thereafter.

9      IT IS SO ORDERED.

10 DATED: _____

11            RONALD M. WHYTE
             United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

YAPUNDAHYAN et al,

          Plaintiff,

  v.

TUSEL et al,

          Defendant.

_____/

Case Number: CV10-05181 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Armen Yapundahyan T-67180
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: July 31, 2012

          Richard W. Wieking, Clerk
          By: Jackie Lynn Garcia, Deputy Clerk