1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  ARMEN YAPUNDAHYAN,                  )  No. C 10-5181 RMW (PR)
                                        )
12          Plaintiff,                  )  ORDER PROVIDING PLAINTIFF
                                        )  NOTICE AND WARNING;
13      v.                              )  SCHEDULING SUPPLEMENTAL
                                        )  BRIEFING
14  DONALD TUSEL, et al.,               )
                                        )
15          Defendants.                 )
                                        )
16

Plaintiff, proceeding pro se, filed an amended civil rights complaint pursuant to 42
U.S.C. § 1983.  Defendants have moved to dismiss this action for failure to exhaust.  Although
given the opportunity, Plaintiff has not filed an opposition.

Pursuant to Woods v. Carey, No. 09-15548, slip op. 7871, 7884-85 (9th Cir. July 6,
2012), plaintiff is given the following notice and warning for a second time:

**If defendants file an unenumerated motion to dismiss for failure to exhaust, they are seeking to have your case dismissed.  If the motion is granted it will end your case.**

**You have the right to present any evidence you may have which tends to show that you did exhaust your administrative remedies.  Such evidence may be in the form of declarations (statements signed under penalty of perjury) or authenticated documents, that is, documents accompanied by a declaration showing**

Order Providing Plaintiff Notice and Warning; Scheduling Supplemental Briefing
G:\PRO-SE\SJ.Rmw\CR.10\Yapundzhyan181woods.wpd

1 **where they came from and why they are authentic, or other sworn papers, such as**
2 **answers to interrogatories or depositions.**
3     **If defendants file a motion to dismiss and it is granted, your case will**
4 **be dismissed and there will be no trial.**
5 See also Wyatt v. Terhune, 315 F.3d 1108, 1120 n.4 (9th Cir. 2003).
6     Although the deadline for plaintiff to file an opposition has already passed, in light of
7 Woods, plaintiff may file a supplemental opposition within 14 days of this order.  Defendants
8 shall file a supplemental reply to any supplemental opposition within 7 days thereafter.
9     IT IS SO ORDERED.
10 DATED:  ï ÐłĽĐŁG

    *Ronald M. Whyte*
11     RONALD M. WHYTE
    United States District Judge

Order Providing Plaintiff Notice and Warning; Scheduling Supplemental Briefing
G:\PRO-SE\SJ.Rmw\CR.10\Yapundzhyan181woods.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAPUNDAHYAN et al,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TUSEL et al,<br><br>　　　　　Defendant.<br>_____/ | Case Number: CV10-05181 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Armen Yapundahyan T-67180
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: July 31, 2012

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk