**E-FILED on 9/24/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMEN YAPUNDAHYAN, | ) | No. C 10-5181 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| DONALD TUSEL, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant civil rights complaint for failure to exhaust administrative remedies. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/24/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\CR.10\Yapundzhyan181jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

YAPUNDZHYAN et al,

        Plaintiff,

  v.

TUSEL et al,

        Defendant.

Case Number: CV10-05181 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Armen Yapundzhyan. T-67180
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532

Dated: September 24, 2012

                      Richard W. Wieking, Clerk
                      By: Jackie Lynn Garcia, Deputy Clerk